Mary A. Lacey, appellee, v. Margaret Janisch et al., appellants. Gen. No. 36,694.

Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

William H. Sexton, Corporation Counsel, and A. M. Smietanka, City Attorney, for certain appellant; Frank H. Novak, Assistant City Attorney, and Thomas A. Murphy, Assistant Corporation Counsel, of counsel. H. H. Patterson, for appellee; Edmund C. Maurer, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Daniel O'Connor, appellee, v. Martin Auto Parts Company, appellant. Gen. No. 36,711.

Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

Leslie H. Whipp, for appellant. Eugene P. Kealy, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Robert Mendelson, appellee, v. Charles Rudolph, appellant. Gen. No. 36,720.

Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

David S. Eisendrath, for appellant. Seyfarth & Leonard, for appellee; Karl Edwin Seyfarth, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

William Feldman, defendant in error, v. Albert Paul Weiss, plaintiff in error. Gen. No. 36,733.

Heard in the third division of this court for the first district at the April term, 1933. Opinion filed March 14, 1934.

Ferdinand J. Karasek, for plaintiff in error. William Feldman, pro se.

Mr. Justice Hebel delivered the opinion of the court.